SAMUEL L. NORMAN et al., Doing Business under the Name of NORMAN-HEGARTY Co., Plaintiffs, *v.* OAKLAND GOLF CLUB, Appellant, and LAURENCE B. HALLERAN, Doing Business as HALLERAN AGENCY, et al., Respondents.

Argued October 13, 1954; decided October 22, 1954.

*Peter Keber, Leo P. Dorsey* and *Harry Le Bien* for appellant.

*Charles P. Kramer, Theodore N. Tarlau* and *Herbert B. Kramer* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.